| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|
| | Agent: Sarah Soles | Telephone: (313) 570-5211 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Abelardo PEREZ-GOMEZ

Case: 2:25−mj−30599
Assigned To : Unassigned
Assign. Date : 9/22/2025
Description: CMP USA v Perez−Gomez (SH)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 19, 2025__ in the county of __St. Clair__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Sarah Soles, Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __September 22, 2025__

_Judge's signature_

City and state: __Detroit, MI__     Anthony P. Patti, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Sarah A. Soles, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Border Patrol, and I have been employed in this capacity since June of 2009. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official immigration file and system automated data relating to Abelardo PEREZ-GOMEZ, which attests to the following:

2. Abelardo PEREZ-GOMEZ is a thirty-three-year-old male, native and citizen of Mexico, who claims to have last entered the United States at or near Lukeville, Arizona in April of 2019, without being admitted, inspected or paroled by an Immigration Officer.

3. On or about October 29, 2016, PEREZ-GOMEZ was arrested by the U.S. Border Patrol near San Luis, Arizona and served an Expedited Removal. PEREZ-GOMEZ was removed from the United States to Mexico on October 30, 2016, via Calexico, California.

4. On or about March 08, 2019, PEREZ-GOMEZ was arrested by the U.S. Border Patrol near Arivaca, Arizona and his prior Order of Removal was reinstated. PEREZ-GOMEZ was subsequently removed from the United States to Mexico on March 09, 2019, via Nogales, Arizona.

5. On September 18, 2025, PEREZ-GOMEZ was encountered by U.S. Border Patrol Agents near China Township, Michigan, while assisting the St. Clair County Sheriff's Department at the scene of a vehicle accident. PEREZ-GOMEZ was one of the six occupants in the car. Three of the occupants were transported to the hospital with injuries. After agents determined that PEREZ-GOMEZ was illegally present in the United States after having been removed in March of 2019, they placed him under arrest.

6. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357,

       1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

7. Review of records from the alien file (A# xxx xxx 745) for PEREZ-GOMEZ and queries in U.S. Department of Homeland Security databases confirm that no record exists of PEREZ-GOMEZ obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his last removal on or about March 09, 2019.

8. Based on the above information, there is probable cause to believe that, on or about September 18, 2025, at or near China Township, in the Eastern District of Michigan, Southern Division, Abelardo PEREZ-GOMEZ, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about March 09, 2019, at or near Nogales, Arizona, and not having obtained the express consent from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Sarah A. Soles, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge
September 22, 2025

2